People ex rel. Blakey v Toulon (2023 NY Slip Op 06465)

People ex rel. Blakey v Toulon

2023 NY Slip Op 06465

Decided on December 18, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 18, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
JOSEPH J. MALTESE
WILLIAM G. FORD
LAURENCE L. LOVE, JJ.

2023-11827

[*1]The People of the State of New York, ex rel. Michael Blakey, on behalf of Dushane Telfer, petitioner, 
v
Errol D. Toulon, etc., respondent.

Michael Blakey, Westhampton Beach, NY, petitioner pro se.
Raymond A. Tierney, District Attorney, Riverhead, NY (Jonathan Estreich of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Dushane Telfer upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 72413/2023/001.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CONNOLLY, J.P., MALTESE, FORD and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court